# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KYLE JAMAR HARRY

NO. 2021 KW 1103

**NOVEMBER 29, 2021**

---

In Re:     Kyle Jamar Harry, applying for supervisory writs, 22nd
           Judicial District Court, Parish of Washington, No. 06-
           CR9-94605.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of Washington Parish shows the district court denied relator's application for postconviction relief on January 25, 2013.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
         DEPUTY CLERK OF COURT
              FOR THE COURT